# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF COLORADO

Civil Action No. 04-cv-2090-OES-CBS

MARCELLINA APARTMENTS INC.,

    Plaintiff,
vs.

CLUB MED CRESTED BUTTE LLC,
a Delaware limited liability company

    Defendant.

---

## ORDER OF DISMISSAL WITH PREJUDICE
---

**THIS MATTER** comes before the Court pursuant to the parties' Stipulation for Dismissal with Prejudice and the Court having reviewed the same and being fully advised in the premises, it is hereby **ORDERED** that this matter is dismissed with prejudice, each party to pay its own costs, expenses, and attorney's fees.

**ENTERED** this 20th day of October, 2005.

                                            **BY THE COURT:**

                                            **s/ O. Edward Schlatter**

                                            _____
                                            Magistrate Judge O. Edward Schlatter
                                            United States Magistrate Judge

Order re. stipulation for dismissal w-prejudice (wp) (00200389).WPD