IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  04-CV-2090-OES-CBS

MARCELLINA APARTMENTS, INC.,

Plaintiff(s),

vs.

CLUB MED CRESTED BUTTE, LLC,

Defendant(s).

## MINUTE ORDER

ORDER ENTERED BY MAGISTRATE JUDGE O. EDWARD SCHLATTER
Dated:  October 27, 2005

The motion hearing of November 29, 2005, is hereby VACATED. Defendant's Motion for Stay of Execution of Judgment Pending Appeal and Motion for Deposit of the Amount of the Judgment into the Court Registry [filed October 6, 2005, Document 56] is is deemed MOOT.